# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TABATHA JACKSON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:20-CV-02649 |
| | ) |
| CUYAHOGA COUNTY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Plaintiffs Tabatha Jackson and Phyllis Davis hereby give notice of appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment of the United States District Court for the Northern District of Ohio entered on September 30, 2024.

Respectfully submitted,

/s/ Kevin M. Gross
Lewis A. Zipkin, Esq. (0030688)
Kevin M. Gross, Esq. (0097343)
ZIPKIN WHITING CO., L.P.A.
3637 Green Road, Second Floor
Beachwood, Ohio 44122
Phone: (216) 514-6400
Fax: (216) 514-6406
Email: lawsmatter2@gmail.com
   kgross@zipkinwhiting.com

*Counsel for Plaintiffs Tabatha Jackson and Phyllis Davis*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Appeal* was served via the Court's CM/ECF system on October 25, 2024, upon:

Michael J. Stewart, Esq.
Brendan D. Healy, Esq.
CUYAHOGA COUNTY PROSECUTOR'S OFFICE
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, OH 44113
Phone:(216) 443-6673
Fax: (216) 443-7602
Email: mjstewart@prosecutor.cuyahogacounty.us
          bhealy@prosecutor.cuyahogacounty.us

*Counsel for Defendants Cuyahoga County and Randy Pritchett*

/s/ Kevin M. Gross
Kevin M. Gross, Esq. (0097343)

*Counsel for Plaintiffs Tabatha Jackson and Phyllis Davis*