Case No. 24-3935

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

TABATHA MARIE JACKSON; PHYLLIS DENISE DAVIS

    Plaintiffs - Appellants

v.

CUYAHOGA COUNTY, OH; RANDY PRITCHETT, In His Individual Capacity

    Defendants - Appellees

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

    **ENTERED PURSUANT TO RULE 45(a),**
    **RULES OF THE SIXTH CIRCUIT**
    Kelly L. Stephens, Clerk

Issued: February 28, 2025